AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
June 15, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPTUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
06/15/21
CENTRAL DISTRICT OF CALIFORNIA
BY: _____mba_____ DEPUTY

United States of America

v.

DOUGLAS PAUL SNYDER,

Defendant.

Case No.
8:21-mj-00428-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 23, 2020, in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Mark Burnett, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 15, 2021

Judge's signature

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
Printed name and title

AUSA: _V. Mittal (x3534)_

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Mark Burnett, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since January 2006. I am currently assigned to the Los Angeles Office, Orange County Resident Agency. I investigate, among other things, child pornography and child sexual exploitation crimes in the Central District of California. I received training in the investigation of crimes against children during my attendance at the FBI Academy in Quantico, Virginia. In addition, I have participated in numerous investigations of criminal activity, including the investigation of crimes against children and cybercrimes. During the investigation of these cases, I have executed, and participated in the execution of, numerous search warrants and have seized evidence of violations of the United States Code. I have interviewed numerous subjects of child pornography and child exploitation crimes. I have also reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws, including 18 U.S.C. §§ 2252 and 2252A.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint and arrest warrant against DOUGLAS PAUL SNYDER ("SNYDER") for possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

3. This affidavit is submitted for the limited purpose of demonstrating that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. STATEMENT OF PROBABLE CAUSE

### A. Initial Report to Laguna Beach Police Department

4. On October 23, 2020, D.P. met with Detective Michael Lee at the Laguna Beach Police Department ("LBPD"). Subsequent to that meeting, I reviewed a LBPD report and affidavit for a search warrant prepared by Det. Lee and learned the following:

    a. D.P. stated she and SNYDER have been married for 34 years and have lived together at a unit in Laguna Beach, California since 2004. The two do not have any children and live alone.

    b. D.P. explained SNYDER has had problems with pornography in the past and believes he again was having addiction issues.

    c. D.P. stated that she noticed a change in his behavior in September 2020.  D.P. described SNYDER as getting easily upset or irritable whenever she did not leave the house.  D.P. believed that this was because SNYDER was trying to view his pornography collection while she was gone.

    d. On October 8, 2020, D.P. looked on SNYDER's laptop computer and found a pornography folder with several additional subfolders.  One of the subfolders was titled, "1 HotPreteens."  D.P. opened this folder and saw numerous thumbnails of different people.  D.P. clicked on one of the photographs.  She believed the photograph was of a juvenile female.  D.P. took a photograph of the image with her cell phone and later provided it to Det. Lee as evidence.

    e. I have not reviewed the image.  Det. Lee and two other LBPD officers reviewed the image.  Det. Lee described the image as follows:  a fully nude, Caucasian female, approximately 13-16 years of age.  The female had red hair, undeveloped breasts, and a small amount of pubic hair.  On the bottom right of the image, there was a stamp that appeared to say "HotPreteens info."

    f. D.P. further reviewed the folder titled "1 HotPreteens" and looked for details about the folder.  She saw the folder was created on Thursday, March 12, 2020 at 6:49:54 a.m.  The details of the folder showed there were 4189 files

3

contained in 62 additional subfolders within the "1 HotPreteens" folder. D.P. took a photo of what she saw on her phone and provided Det. Lee with the photograph as evidence. D.P. also informed Det Lee the last time the folder was accessed was on September 26, 2020.

       g. On October 22, 2020, D.P. again looked on SNYDER's laptop to confirm the folder/images were still on the laptop/external hard drive. D.P. confirmed the images were still there and vomited.

       h. D.P. did not confront SNYDER about any of the things she found and SNYDER was (as of October 23, 2020) unaware of D.P.'s involvement and knowledge of his illicit activities.

**B.**   <u>**LBPD Search Warrant at SNYDER's Residence**</u>

    5. After concluding his conversation with D.P., Det. Lee authored a state search warrant for any hard copy photographs of child pornography and/or electronic devices capable of storing digital media found in SNYDER's possession, vehicles, in his residence, and associated storage areas. The search warrant executed at SYNDER's residence in Laguna Beach, California on October 23, 2020. LBPD seized multiple digital devices from SYNDER's residence.

**C.**   <u>**Interview of SNYDER**</u>

    6. Upon execution of the search warrant, SNYDER was initially detained outside his home. He was advised that he was not under arrest at that moment but was being detained. SNYDER was advised of his <u>Miranda</u> rights and he indicated that he understood his rights. Upon being brought back into his home,

4

SNYDER waived his Miranda rights and spoke with LBPD officers. Det. Lee interviewed SNYDER. The following is a summary of what he told Det. Lee:

    a.   Det. Lee used a ruse and told SYNDER that LBPD received a tip from the FBI that SNYDER was in possession of illicit activity on his computer. Det. Lee told SNYDER now was his opportunity to explain why he had the child pornography or why LBPD should leave. SNYDER responded, "Why? Do I have it? I do." Det. Lee asked what he had on his computer. SNYDER said, "I have pictures of underage girls."

    b.   SNYDER told Det. Lee there was child pornography on his computer and on multiple external hard drives. SNYDER stated over the course of approximately ten years, he has amassed a collection of approximately five terabytes of child pornography. SNYDER continued and said the hard drives contain pornographic images and videos of mostly females under the age of 18, but also have photographs/videos of juvenile males and juvenile females engaged in sexual activity. SNYDER said the ages of the youngest juveniles were approximately seven or eight years old. SNYDER also stated that he had deleted his collection at some point in the past, but went back to collecting less than a year later.

    c.   LBPD Corporal David Gensemer asked SNYDER to describe the types of images and videos the officers would see in his child pornography collection. SNYDER said LBPD would see, "naked women or girls." Det. Lee asked if LBPD officers would see the children by themselves or with other people

engaged in sex. SNYDER said, "I probably have some on there that I didn't delete, but I don't like men or boys screwing girls. I just like looking at the naked people." Corporal Gensemer asked if the children were in provocative poses or wearing lingerie. SNYDER said, "All of that." SNYDER confirmed the children were posed in a sexual manner. SNYDER said in some pictures you could see "every part"; according to SNYDER, in some pictures you could see "parts."

**D.    Federal Search Warrant for SNYDER's Digital Devices**

7.   On or about November 16, 2020, I obtained a federal search warrant, signed by the Honorable Douglas F. McCormick, United States Magistrate Judge, to search specified devices seized from SNYDER's residence by the LBPD. Those devices included, but were not limited to, the following:

    a.   Seagate, FreeAgent GoFlex Hard Drive, bearing serial number NA05AKTP,

    b.   Western Digital, Easy Store Hard Drive, bearing serial number WXP2E309C63X,

    c.   Seagate, Hard Drive, bearing serial number NA82Z6VJ,

    d.   Western Digital, My Passport Hard Drive, bearing serial number WX21D79J6Y27, and

    e.   Seagate Expansion Portable Hard Drive, bearing serial number NA82XYNB.

8.   I searched these five external hard drives. During the search, I found the following images and/or videos of what I believe to be child pornography:

a. On the Seagate, FreeAgent GoFlex Hard Drive, NA05AKTP, I found a file named "YVM - Daphne #5.wmv." The file is a thirty-three minute and twenty-one second video depicting a nude girl approximately 9 years old. The video starts with a black background and the text "Daphne #5 9 YEARS OLD". The girl is standing in front of a photography style background depicting a small tropical island. The girl is nude through the entirety of the video. She strikes various poses and the camera changes angles, often showing only her genitals. At various times throughout the video, the girl uses her fingers to rub and insert into her vagina. The girl is provided with what appears to be a dildo-type vibrator which the girl uses on herself while the camera zooms in to show a closeup of the girl's genitals and the vibrator.

b. On the Western Digital, Easy Store Hard Drive, WXP2E309C63X, I found a file named, "e15529af8d397779fe8c372ad3a40ffe - anal fingering girl man pthc vicky.mpg". The file is a one-minute and eight second video depicting a girl approximately 12 years of age lying on a bed wearing only lace stocking. Her legs are spread open to the camera and an adult's hand rubs her genitals and inserts a finger into her anus. The camera zooms in to show only the girl's genitals, anus, and the inserted finger.

c. On the Seagate Hard Drive NA82Z6VJ, I found a filed named "PTHC - 8yo Tara, Masturbation, Real Ass Fuck And Rape With Orgasms - 13.23 minutes.mpg". The file is a thirteen minute and twenty-two second video depicting multiple scenes of

7

at least one girl of approximately eight years of age engaged in various sex acts. The video begins with a blue background and the text, "January 2007 8 Year Old Tara Likes to Masturbate (how horny can this fucking bitch be?!)". The video then depicts the girl masturbating on a bed with her legs spread and genitals facing the camera. Throughout the video, the scenes change to different sex acts, often preceded by a new caption. One change of scene and caption reads, "starring 8 year old Tara music by 2 live Crew coming soon: Tara's Bed Time Rape", "Tara 8 years old Ass fuck and ass vibrator". That scene depicts the girl on top of an adult male. Both are nude and the adult male's penis is inserted into the girl's anus. The male later inserts a vibrator type dildo into the girl's anus.

      d.   On the Western Digital, My Passport, WX21D79J6Y27, I found a file named "sister sucks and fucks her little brother.mp4". The file is a fifteen minute and thirty-seven second video. The video begins with the image of a girl with a little boy's penis in her mouth and the caption, "This horny Bitch sucks and fucks with here little Brother." The video then starts with a female, possibly between the ages of fifteen and seventeen, performing oral sex on a boy approximately five years old. The video changes scenes at various times and depicts various children performing different sex acts. Most of the scenes involve a female performing oral sex on a boy of approximately five years of age. It is difficult to determine if the children in each scene are the same. The video includes a scene in which a boy, approximately five years old, is engaged

in sexual intercourse with a female possibly between the ages of fifteen and seventeen.

      e.    On the Seagate Expansion Portable Hard Drive, NA82XYNB, I found a file named "mar32017.jpg". This file is a picture of a nude female approximately between the ages of eight to ten years old. The girl is on a bed on her hands and knees. A rope is tied around each wrist, with the other end tied to the headboard.

    9.    In addition to finding the hard drives in SYNDER's residence and SNYDER's admissions summarized above, I found evidence that SNYDER accessed or saved at least one image of child pornography on an ACER laptop and then saved that file to an external hard drive. The ACER laptop was also seized from SNYDER's residence and searched pursuant to the federal warrant. Specifically, I found evidence that a file titled "Dilc013" had been saved as a cache file on the ACER laptop. A .jpg image file titled "Dilc013.jpg", depicting a likely minor female with her hand on an adult male's penis, was found on the Western Digital, My Passport, bearing serial number WX21D79J6Y27.

    10.    Because the child pornography images and videos were found on external hard drives, I believe, based on my training and experience, that SNYDER either dragged and dropped the files from a computer or he directly downloaded the images and videos to the external hard drives from the Internet by directing his computer to save the files to a selected external drive.

    11.    On the five external hard drives, I found at least 577 images and 363 videos that appear to be child pornography.

12. During my review, I did not find evidence that SNYDER was the initial creator of these images or videos. Based on my training and experience, I know that such images are typically downloaded from the Internet, which allows transmission of data (including images and videos) between states and the United States and other countries. In addition, I know the Seagate and Western Digital devices at issue came from outside of California because I contacted both Western Digital and Seagate. Both companies told me that they do not manufacture hard drives in California.

## IV. CONCLUSION

13. For all the reasons described above, there is probable cause to believe that SNYDER violated § 2252A(a)(5)(B).

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 b. tele hone on this
15th day of June, 2021.

_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE